AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States *Plaintiff* v. Whenshen Xu *Defendant* | ) ) ) Case No. 1:25-cr-00231-MSN-1 ) ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Whenshen Xu

Date:   01/16/2026

*Attorney's signature*

CARY S. GREENBERG   VSB 27456
*Printed name and bar number*

8027 Leesburg Pike
Suite 302
Tysons Corner, VA 22182

*Address*

csg@greenbergcostle.com
*E-mail address*

(703) 448-3007
*Telephone number*

(703) 821-1144
*FAX number*