UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 1:25CR231 (NSM) |
| | : | |
| WENSHEN XU<br>Defendant | : | |

**SUPPLMENT TO THE DEFENSE SENTENCING MEMORANDUM**

**EXHIBIT ONE**

LETTERS IN SUPPORT OF THE DEFENDANT

Judge Michael S. Nachmanoff
United States District Court
401 Courthouse Road
Alexandria, Virginia 22314
Washington, DC 20001

Dear Judge,

I am writing as the wife of Xu Wen Shen.

After all these years of being married to my husband, I have come to know him in ways that go beyond what words on a page can fully explain. I know the person he is when he comes home to his family, the responsibilities he carries on his shoulders, and the sacrifices he makes that others may never see. I have shared life's worries with him, watched him work through difficult times, and seen the many ways he tries to make sure the people he loves are taken care of. These are the parts of him I know firsthand.

My husband is a gentle and kindhearted man, and in all the years we have shared together, I have come to know a kindness in him that extends far beyond our marriage. The way he treats me is a reflection of the way he treats others with patience, compassion, and a willingness to help without expecting anything in return. His generosity has never depended on how much we had ourselves. Even when our own circumstances were difficult, and we had little to spare, he still found a way to help someone in need. As his wife, I have seen these qualities not in a single moment, but throughout the life we have built together. I know the man who has quietly helped others without seeking recognition, given without keeping count, and shown compassion even when he carried his own burdens. This is the husband I know, and it is the person I hope the Court will take the time to see.

Never in my years of knowing my husband did I imagine that our family would find itself in this position. I keep returning to the person I know, the values he has lived by, and the life we have built together. I wish I could explain everything that is in my heart, but what I can offer is my honest testimony of the man who has stood beside me through life. I ask that you consider my perspective as his wife, someone who has witnessed his character over many years and who knows how deeply his presence matters to our family.

Very truly yours,
Jie Tao Tan

Judge Michael S. Nachmanoff
United States District Court
401 Courthouse Road
Alexandria, Virginia 22314
Washington, DC 20001

Dear Judge,

I am writing to you as the daughter of Xu Wen Shen, a man who has been the greatest influence in my life. It is difficult to put into words what my father means to me and to our family, because his importance cannot be measured simply by what he provides for us, but by the person he has always been, the values he has instilled in us, and the example he has set throughout our lives.

My father has always been a man who believes in doing what is right, even when doing what is right is not the easiest thing to do. Throughout my childhood, he taught us the difference between right and wrong, not merely through his words, but through the way he lived his life. He taught us the importance of honesty, responsibility, respect, and treating others with dignity. He understood that raising children meant more than providing for their physical needs. It meant shaping their character and preparing them to become good, compassionate, and responsible people. Whenever he corrected us or guided us through difficult situations, his intention was to help us understand the consequences of our choices and the importance of making decisions we could stand behind. We struggle to understand how someone who has spent so much of his life trying to do right by others could find himself in this situation. I cannot help but wonder whether he was misled, deceived, or placed in circumstances he did not fully understand. I can only speak to the man I know, the principles he instilled in us, and the life I have witnessed him live.

My father's generosity has never depended on who someone is, where they come from, or what circumstances they face. He has extended help to people regardless of their background or status, never believing that someone must earn their dignity before deserving compassion. He has helped people in need, supported those who were struggling, and offered assistance to the sick and vulnerable. What has always stayed with me is that he did not wait until he had more than enough to give. Even when he had little for himself, he still found a way to help someone else. Perhaps what I admire most about my father is that he has never needed recognition to do good. He helped because someone needed help, not because he expected gratitude or believed he would receive something in return. He never made kindness a transaction. These are the qualities I have witnessed in him throughout my life, and they are the reasons this situation has been so deeply painful for our family.

I respectfully ask that, as you consider the circumstances of his case, you also consider the person he has been to his children, his family, and the many people whose lives he has touched. I hope you will see not only the situation before the Court, but also the years of character, compassion, and selflessness that have shaped the father I know and love.

Very truly yours,

Julissa Tsui Tan

Man Kit Tsui
775 Lafayette Avenue 6B
Brooklyn, NY 11221

October 23, 2026

The Honorable Michael S. Nachmanoff
United States District Court
Eastern District of Virginia
Alexandria Division

**Re: United States v. Wenshen Xu — Letter of Support**

Dear Judge Nachmanoff:

I am writing this letter in support of my brother, Wenshen Xu, and to respectfully ask the Court to consider his character, family circumstances, and the person I have known throughout my life when determining his sentence.

Wenshen and I grew up together, and as his brother, I have known him since childhood. Although I moved to the United States in 2001 and we have lived in different countries for approximately 25 years, we have maintained our relationship through telephone conversations. Despite the physical distance between us, our bond as brothers has remained important to me.

Growing up together, I knew Wenshen as a caring and hardworking person who valued his family. He has always been someone I considered an important part of my life. Although we have followed different paths and lived far apart for many years, I have continued to care deeply about him and his well-being.

Learning about my brother's legal situation has been extremely difficult and painful for me and our family. I understand that the charges against him are very serious, and I do not wish to excuse or minimize his actions. I recognize that he must take responsibility for his decisions and face the consequences.

However, I also believe that a person's mistakes should not erase every positive aspect of his life. As his brother, I sincerely hope that he will use this experience to reflect on his decisions, learn from what has happened, and make meaningful changes for the future.

Our family has been deeply affected by this situation. It is especially heartbreaking to know that someone I grew up with and have shared so many childhood memories with is now facing such serious consequences. Despite everything that has happened, he remains my brother, and I will continue to encourage and support him in making better decisions and becoming a better person.

I understand that the Court has a difficult responsibility and must consider the seriousness of this case. I respectfully ask Your Honor to also consider Wenshen's family ties, his personal history, and his potential for rehabilitation when determining an appropriate sentence.
I sincerely hope that the Court will show mercy and compassion and give my brother an opportunity to eventually rebuild his life and make positive contributions to his family and society.

Thank you, Your Honor, for taking the time to read my letter and for your consideration.

Respectfully yours,

Man Kit Tsui